IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| PAMM PETERSON, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY BAHAMA GROUP, INC.,<br><br>Defendant. | No. 1:25-cv-04213 |

**DEFENDANT'S MOTION TO TRANSFER VENUE OR, IN THE ALTERNATIVE, TO STAY, AND TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendant Tommy Bahama Group, Inc. ("Tommy Bahama") respectfully moves this Court to transfer venue pursuant to 28 U.S.C. § 1404(a) or, in the alternative, to stay proceedings. Tommy Bahama further requests that the Court extend its deadline to respond to Plaintiff's First Amended Complaint. Plaintiff has indicated that she does not consent to this extension request. A memorandum of law in support of this Motion is concurrently filed.

Dated:  December 23, 2025

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                */s/  Patrick J. Curran Jr.*
                Patrick J. Curran Jr. (Bar No. 18872)
                Davis Wright Tremaine LLP
                1301 K Street NW, Suite 500 East
                Washington, D.C. 20005-3317

202-973-4200
patcurran@dwt.com

_s/ Lauren B. Rainwater_
Lauren B. Rainwater, *pro hac vice forthcoming*
Rachel Herd, *pro hac vice forthcoming*
Emily Parsons, *pro hac vice forthcoming*
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: emilyparsons@dwt.com

*Attorneys for Defendant*
*Tommy Bahama Group, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that a copy was emailed to the following counsel.

Jeffrey C. Toppe
4900 O'Hear Avenue, Suite 100
North Charleston, SC 29405
jct@toppefirm.com

*Attorney for Plaintiff*

DATED this 23rd day of December, 2025.

                                                  s/ *Patrick J. Curran Jr.*
                                                 Patrick J. Curran Jr.